**Jeffrey Bernard LINEBERGER, Petitioner—Appellant,**

v.

**Michael YORK, Warden, Respondent—Appellee.**

No. 03–6456.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Nov. 25, 2003.

Jeffrey Bernard Lineberger, pro se.

Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Jeffrey Bernard Lineberger seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Lineberger has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*